## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Suburban Realty, L.P.,      :
      Appellant   :
          :
     v.      :   No. 715 C.D. 2019
          :
Stroud Township Zoning Hearing Board :
and Stroud Township Board of   :
Supervisors       :

**PER CURIAM**       **O R D E R**

  NOW, August 26, 2020, having considered Appellant's application for reargument and Appellees' answers in response thereto, the application is denied.